Michael Louis Kelly, State Bar No. 82063
mlk@kirtlandpackard.com
Connor M. Karen - State Bar No. 316347
cmk@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Telephone: (310) 536-1000; Facsimile: (310) 536-1001

Attorneys for PLAINTIFF
JOSHUA CASTANEDA

Kara A. Cole, Bar No. 306515
kcole@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone:  619.232.0441
Facsimile:   619.232.4302

Alexis M. Schwab, Bar No. 341397
aschwab@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone:  949.705.3000
Facsimile:   949.724.1201

Attorneys for Defendant
CONSOLIDATED DISPOSAL
SERVICES, LLC (erroneously sued as
CONSOLIDATED SERVICES, LLC d/b/a
REPUBLIC SERVICES, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CASTANEDA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSOLIDATED SERVICES, LLC d/b/a Republic Services, Inc., a limited liability company within the State of California; and DOES 1-100,<br><br>　　　　Defendants. | Case No. 2:25-cv-6423-JFW(SSCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND PROPOSED PROTECTIVE ORDER**<br><br><br>Complaint Filed:  May 29, 2025<br>Los Angeles County Superior Court |

CASE NO. 2:25-cv-6423-JFW(SSCx)

## ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the attached **STIPULATED PROTECTIVE ORDER** is sanctioned by the Court, and shall be and now is the Order of the Court.

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1. All Parties in this action shall abide by the terms of this **STIPULATED PROTECTIVE ORDER** as to the disclosure of any all documents and information designated "Confidential" of "Confidential – Attorneys/Experts Only" that are produced in connection with this case.

DATED: August 7, 2025

_____
Hon. Stephanie S. Christensen
United States Magistrate Judge

4918-4109-2699 / 068119.3356